UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUN 10 2013
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | Case No. CR 13-028-BLG-SEH |
|---|---|
| Plaintiff, | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| vs. | |
| MARTIN LLOYD OLD HORN, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and subject to this Court's consideration of the Amended Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count II of the Indictment is hereby accepted. The Defendant is adjudged guilty of such count. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 10th day of June, 2013.

SAM E. HADDON
United States District Judge